*Friday, November 3, 2000*

## MOTION DOCKET

**00–1919.   Citizen Power, Inc. v. Pub. Util. Comm.**
Public Utilities Commission, Nos. 99–1212–EL–ETP, 99–1213–EL–ATA and 99–1214–EL–AAM. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of appellant's motion to expedite submission of the record and expedite briefing schedule,

IT IS ORDERED by the court that the motion to expedite submission of the record and expedited briefing schedule be, and hereby is, granted.

IT IS FURTHER ORDERED by the court that the appellee shall transmit the record by November 9, 2000; appellant's merit brief shall be due on or before November 17, 2000; appellee's merit brief shall be due on or before December 1, 2000; and appellant's reply brief shall be due on or before December 8, 2000.

DOUGLAS and LUNDBERG STRATTON, JJ., dissent.

COOK, J., not participating.

*Tuesday, November 7, 2000*

## MOTION DOCKET

**00–1494.   PPG Industries, Inc. v. Tracy.**
Board of Tax Appeals, No. 97–A–91. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of the joint motion to stay briefing schedule,

IT IS ORDERED by the court that the motion to stay briefing schedule be, and hereby is, granted.

*Wednesday, November 8, 2000*

## MOTION DOCKET

**00–1919.   Citizen Power, Inc. v. Pub. Util. Comm.**
Public Utilities Commission, Nos. 99–1212–EL–ETP, 99–1213–EL–ATA and 99–1214–EL–AAM. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of appellee's motion to vacate this court's entry of November 3, 2000; the motion for leave to intervene as appellee by FirstEnergy Corp.; and FirstEnergy Corp.'s motion to vacate this court's entry of November 3, 2000,

IT IS ORDERED by the court that the motion for leave to intervene be, and hereby is, granted.

IT IS FURTHER ORDERED by the court that the motions to vacate this court's entry of November 3, 2000, be, and hereby are, granted.

PFEIFER, J., dissents.

COOK, J., not participating.

## MISCELLANEOUS DISMISSALS

**00–962.   Gerak v. Dentice.**
Summit App. No. 19767. This cause is pending before the court as an appeal from the Court of Appeals for Summit County. Upon consideration of the joint application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.